RJJF/klt: 12/14/17

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **SPECIAL EVENT SERVICE AND RENTAL INC.**, a Tennessee corporation,<br><br>Plaintiff,<br><br>v.<br><br>**GREENBRIER HOTEL CORPORATION,** a West Virginia Corporation, **OLD WHITE CHARITIES,** a West Virginia corporation, and **JOHN DOE INSURANCE COMPANIES 1 THROUGH 20**, foreign corporations.<br><br>Defendants | Civil Action No.5:17-cv-04466 |

### PLAINTFF SPECIAL EVENT SERVICE & RENTAL INC.'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Plaintiff Special Event Service & Rental, Inc. ("SESR"), a Tennessee Corporation, by counsel, and pursuant to Fed. Rule of Civ. Proc. 7.1 hereby makes the following disclosure:

SESR has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Respectfully Submitted,

**SPECIAL EVENT SERVICE AND RENTAL INC.**, *Plaintiff,*

By: *Robert J Fitzsimmons*

{00252945-2}

Mark A. Colantonio (4238)
Robert J. Fitzsimmons (9656)
**FITZSIMMONS LAW FIRM PLLC**
1609 Warwood Ave
Wheeling, West Virginia  26003
Phone: (304) 277-1700
Fax:     (304) 277-1705
Email: mark@fitzsimmonsfirm.com
Email: rocky@fitzsimmonsfirm.com
