# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

**SPECIAL EVENT SERVICE AND RENTAL, INC.,**

        **Plaintiff,**

v.                                        CIVIL ACTION NO: 5:17-cv-04466

**GREENBRIER HOTEL CORPORTATION,**
A West Virginia corporation, **OLD WHITE**
**CHARITIES,** a West Virginia corporation,
And **JOHN DOE INSURANCE COMPANIES**
**1THROUGH 20,** foreign corporations,

        **Defendants.**

## ORDER GRANTING JOINT MOTION FOR CONSENT JUDGMENT

This cause coming on to be heard on the Joint Motion for Consent Judgment, the Court finds that the motion is well taken and will be granted without objection.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Joint Motion for Consent Judgment is **GRANTED**, and judgment on behalf of the Plaintiff, Special Event Service & Rental, Inc. shall be entered jointly and severally against Defendants Greenbrier Hotel Corporation and Old White Charities, in the amount of $622,980.90, pre-judgment interest up to January 2, 2018 of $40,105.10, pre-judgment interest at 5% per annum on $622,980.90. ($85.33 per diem) up to this judgment date of $4,266.50 and post-judgment interest at 5% per annum on $622,980.90. ($85.33 per diem) from the date the judgment is entered through the date that the judgment is fully satisfied, is hereby entered. SESR agrees to forbear from taking any post judgment remedies until August 21, 2018.

**SO ORDERED** and **ADJUDGED** this 14th day of March, 2018.

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA