# ABSTRACT OF JUDGMENT

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

### AT BECKLEY

SPECIAL EVENT SERVICE AND
RENTAL, INC.,

        Plaintiff,

v.                      CIVIL ACTION NO.  5:17-cv-04466

GREENBRIER HOTEL CORPORATION,
OLD WHITE CHARITIES, and JOHN DOE INSURANCE
COMPANIES 1 THROUGH 20,

        Defendants.

      Judgment was rendered by the United States District Court for the Southern District of West Virginia, at Beckley, on the 14th day of March, 2018, in the above-entitled action, in favor of the named Plaintiff, and against the Defendants Greenbrier Hotel Corporation and Old White Charities, in the amount of SIX HUNDRED TWENTY-TWO THOUSAND NINE HUNDRED EIGHTY and 90/100ths DOLLARS ($622,980.90), pre-judgment interest up to January 2, 2018 of FORTY-THOUSAND ONE HUNDRED FIVE and 10/100ths DOLLARS ($40,105.10), pre-judgment interest at 5% per annum on $622,980.90 ($85.33 per diem) up to this judgment date of FOUR THOUSAND TWO HUNDRED SIXTY-SIX and 50/100th DOLLARS ($4,266.50) and post-judgment interest at 5% per annum on $622,980.90 ($85.33 per diem) from March 14, 2018 through the date that the judgment is fully satisfied.

RORY L. PERRY II, CLERK OF COURT                DATE: 8/23/2018

By: *S L Richmond*
      Deputy Clerk