# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF WEST VIRGINIA
# AT BECKLEY

**SPECIAL EVENT SERVICE AND RENTAL, INC.**

        **Plaintiffs,**

V.                                            **WRIT OF EXECUTION**

                                                **CIVIL ACTION NO. 5:17-cv-04466**

**GREENBRIER HOTEL CORPORATION,**
**OLD WHITE CHARITIES, JOHN DOE**
**INSURANCE COMPANIES 1 THROUGH 20,**

        **Defendants.**

**IN THE NAME OF THE UNITED STATES OF AMERICA:**

**TO THE UNITED STATES MARSHAL**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:**

Pursuant to judgment taken in this action on March 14, 2018, we command you that of the goods and chattels **of GREENBRIER HOTEL CORPORATION and OLD WHITE CHARITIES** in your bailiwick, you cause to be made the sum of SIX HUNDRED TWENTY-TWO THOUSAND NINE HUNDRED EIGHTY and 90/100ths DOLLARS ($622,980.90), pre-judgment interest up to January 2, 2018 of FORTY-THOUSAND ONE HUNDRED FIVE and 10/100ths DOLLARS ($40,105.10), pre-judgment interest at 5% per annum on $622,980.90 ($85.33 per diem) up to this judgment date of FOUR THOUSAND TWO HUNDRED SIXTY-SIX and 50/100th DOLLARS ($4,266.50) and post-judgment interest at 5% per annum on $622,980.90 ($85.33 per diem) from March 14, 2018 through the date that the judgment is fully satisfied, which the above named **SPECIAL EVENT SERVICE AND RENTAL, INC.** recovered against the named **GREENBRIER HOTEL CORPORATION and OLD WHITE CHARITIES** and make your return thereof on September 28, 2018.

**RORY L. PERRY II, CLERK OF COURT**                DATE: <u>August 27, 2018</u>

By: _____
            **Deputy Clerk**

## RETURN ON WRIT OF EXECUTION
*(For completion by the United States Marshal or a Deputy United States Marshal)*

**DATE RECEIVED:** _____   **DATE EXECUTED:** _____

**This writ was received and executed.**

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

**MICHAEL T. BAYLOUS, UNITED STATES MARSHAL**

**By:** _____
**Deputy Marshal**