
FILED
SEP - 4 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Greenbrier Hotel Corp. &
Old White Charities
300 West Main St.
White Sulphur Springs, WV 24986

9590 9402 3525 7275 3320 06

2. Article Number (Transfer from service label)
7017 2400 0000 1421 9244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jeff
☑ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                  8/29/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

5:17cv4466
Writ of Execution

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053         Domestic Return Receipt